# HOWARD ROME MARTIN & RIDLEY LLP

ATTORNEYS AT LAW

1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE: (650) 365-7715
FACSIMILE: (650) 364-5297

LOS ANGELES OFFICE
TELEPHONE: (213) 223-2279
www.hrmrlaw.com

REDWOOD CITY • LOS ANGELES

Henry D. Rome
Glenn D. Martin§
Shawn M. Ridley
Todd H. Master
Vanthara Meak‡
Jane B. Yee
Trina M. Clayton
Ryan Kujawski
Melissa M. Holmes
Lisa K. Rauch

Of Counsel:
Joseph C. Howard, Jr.
Eric D. Bergstrom

‡ Also Licensed in Missouri
§ Inactive

January 15, 2014

<u>VIA EFILING</u>

Magistrate Judge Laurel Beeler
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

  RE: *Jamie Baddour v. Sean Hart, et al.*
    Case No. C-14-01355 PJH
    Letter Brief to Excuse Officer Hart from Further Settlement Conference

Dear Judge Beeler:

 Pursuant to your Notice and Order re Settlement Conference, the City of Daly City respectfully requests that Defendant Officer Shane Hart be excused from attending the January 28, 2015 Continued Settlement Conference. Officer Hart's attendance is not necessary because he does not have decision-making authority regarding settlement. Rose Zimmerman, City Attorney, will attend the conference and has settlement authority.

 Officer Hart and Captain Patrick Hensley attended the initial Settlement Conference on November 18, 2014. It would be an unnecessary burden and expense to require Officer Hart's attendance. Accordingly, the City respectfully requests that the Court excuse Officer Hart from attending the conference.

        Respectfully submitted,

        */s/ Melissa M. Holmes*

        Melissa Holmes
        Counsel for the City of Daly
        City and Officer Hart

cc: All counsel via ECF

   Dated: January 16, 2015



APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA