UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE BADDOUR,
        Plaintiff,

v.

SEAN HART, et al.,
        Defendants.

Case No. 14-cv-1355-PJH

**ORDER**

Before the court is defendants' request that the court conduct a conference to consider whether the Daly City defendants and defendant Mazen Salfiti should be permitted to file two separate motions for summary judgment. The court sees no necessity to conduct a conference. The request to file two separate summary judgment motions is GRANTED, per the court's usual practice in cases where there are defendants with potentially adverse positions.

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge